UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-192 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER APPROVING PLAINTIFF AND PETITIONER'S STIPULATION FOR TRANSFERRING PROPERTY UNDER ORDER AND JUDGMENT FOR FORFEITURE** |
| DEREK LEROY STOA, | |
| Defendant, | |
| and | |
| COUNTRYWIDE HOME LOANS, INC. | |
| Third Party Petitioner | |

_____

Tom Hollenhorst and Mary Madigan, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Steven Grimshaw, **GRIMSHAW LAW OFFICES**, 309 Clifton Avenue, Minneapolis, MN 55403, for defendant.

Jared Goerlitz and Steven Burns, **PETERSON FRAM & BERGMAN, PA**, 55 East Fifth Street, Suite 800, St. Paul, MN 55101, for third party petitioner.

The above-entitled matter came on before the undersigned Judge pursuant to a Stipulation executed by and between the Plaintiff United States of America and Petitioner Countrywide Home Loans, Inc. for Transferring Property under Order and Judgment of Forfeiture from the Court's Order dated June 20, 2008 (Docket No. 32) and the Court's Judgment entered on June 23, 2008 (Docket No. 33).

Upon all the files, records and proceedings herein, and the Court being fully

advised in the premises,

**IT IS HEREBY ORDERED**: the Stipulation executed by Plaintiff United States of America and Petitioner Countrywide Home Loans, Inc. (Docket No. 36) is hereby approved by the Court and it is hereby ordered that the terms and provisions thereof shall be considered to be the Order of this Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 15, 2010
at Minneapolis, Minnesota.

                                                _____s/ John R. Tunheim_____
                                                      JOHN R. TUNHEIM
                                            United States District Judge